UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOWARD LEE GORRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE REPUBLICAN PARTY,<br><br>    Defendant. | No. 4:16-cv-05115-SAB<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

Before the Court is Plaintiff's Notice of Withdrawal of Complaint, ECF No. 12. In the notice, Plaintiff indicates that he wishes to withdraw his Complaint. The Court construes Plaintiff's notice as a Motion to Voluntarily Dismiss Complaint. No answer has been filed in this action. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff is permitted to voluntarily dismiss his action.

//
//
//
//
//
//

**ORDER DISMISSING ACTION AND CLOSING FILED ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 12, is **GRANTED**.

2. The above-captioned Complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 8th day of September 2017.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION AND CLOSING FILED ~ 2**